ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Great Southern Life Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Agricultural Building Company Industries and Elinor Lucas,<br><br>Defendant,<br><br>Amcore Bank, N.A., f/k/a Amcore Bank, N.A., North Central, f/k/a the National Bank of Mendota,<br><br>Applicant for Intervention | ) | No.: 01-1112 JMR/FLN<br><br>**ORDER** |

The above-captioned matter came duly on for hearing on the 29th day of October, 2001, before the Honorable Franklin L. Noel upon Amcore Bank, N.A.'s motion to intervene. Daniel Beck of Winthrop & Weinstine, P.A. appeared on behalf of Amcore. Other appearances are noted in the record.

The Court, being fully advised of the premises, and based upon all the files, records and proceedings herein, as well as the arguments of counsel, it is hereby ordered that:

1. Amcore's Motion to Intervene in the above-captioned litigation is granted in its entirety.

Dated: October 29, 2001

BY THE COURT:

Franklin L. Noel

Hon. Franklin L. Noel
Chief Magistrate Judge

idmsstp:638718_1 (6705-3)

OCT 29 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK