UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Great Southern Life Insurance Company,<br><br>Plaintiff,<br>v.<br><br>Agricultural Building Company Industries and Elinor Lucas,<br><br>Defendants,<br>and<br><br>Amcore Bank, N.A., f/k/a Amcore Bank, N.A., North Centra, f/k/a the National Bank of Mendota,<br><br>Intervenor. | File No. 01-1112 JMR/FLN<br><br>**STIPULATION FOR PROTECTIVE ORDER AND ORDER** |

It is hereby stipulated between plaintiff and defendants, by and through their respective counsel, that an order to the following effect may be entered herein, the Honorable Court consenting:

1. As hereinafter used, the term "Confidential Information" means medical, financial or other information or documents believed by any Party to constitute confidential information.

2. If any Party believes that information produced by way of answers to interrogatories, depositions, production of documents, or required disclosures is confidential information, that Party may mark or have marked such answers, deposition, document or thing "CONFIDENTIAL".

NOV 15 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The producing Party shall retain the original thereof but any Party, by its counsel, shall have the right to examine the original, to be provided with a full and complete copy thereof and to call for production of the original at the trial of this action.

4. All depositions, exhibits, answers to interrogatories, and other documents or things, or copies thereof, and all other information received by counsel for any Party pursuant to pretrial discovery or disclosure in this litigation which are marked by the producing Party as "CONFIDENTIAL" information shall be retained in the custody of opposing counsel and shall not be disclosed to any other person or Party except that, and solely for the purpose of this litigation, any such transcript, deposition, exhibit, answer or other document or information may be disclosed by counsel for a Party to the following:

a. Counsel of record and members, associates and employees of the firm of which such counsel are members;

b. Deposition notaries;

c. Deponents during the course of their depositions;

d. Such officers and/or persons regularly employed by each Party whose assistance, advice and consultation will be required by the Party in connection with preparation for trial or at trial of this action;

e. Experts and consultants retained to testify or consult during this litigation; and

f. The Court (including the Clerk of Courts, Deputy Clerks, and necessary staff).

5. Each such person as defined in Paragraphs 4(d) and 4(e) above, before any confidential disclosure is made to him or her, shall sign a copy of this Order and thereby acknowledge that he or she has read and understands the terms of this Order and agrees to comply with and be bound by such Order, except by further order of the Court. Signed copies of the Order shall be retained in the custody of counsel obtaining the signature of the disclosure.

6. No person or Party shall make public disclosure of any information obtained pursuant to pretrial discovery or disclosure in this litigation, which shall have been marked as "CONFIDENTIAL" by an opposing Party to this action, without further order of the Court.

7. Any Party may move the Court for an Order removing the confidentiality designation.

8. Execution of this Order of itself by any Party or attorney shall not affect the admissibility into evidence of any document covered by this Order.

9. Upon final termination of this litigation, each Party or person subject to the terms hereof shall be under an obligation to assemble and return to the originating source, if the source should so request, all materials and documents designated CONFIDENTIAL and all copies thereof, and all other materials, memoranda or documents embodying data concerning said materials and documents.

10. The production of these documents by the producing Party does not waive any privilege that may be asserted by any Party in this proceeding or in any other litigation.

**DORSEY & WHITNEY, LLP**

Dated: 10·30·01

By Kristin S. Westgard
Kristin S. Westgard (License #0273154)
Attorneys for Plaintiff
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 10/30/01

By ______________________
Dale M. Wagner (License #113554)
Attorneys for Defendant Elinor Lucas
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**CHRISTOFFEL & ELLIOT ~~& ALBRECHT~~** P.A.

Dated: 11-5-01

By ______________________
Charles Keenan (License #27737X)
Attorneys for Defendant Agricultural Building
1111 Piper Jaffrey Plaza
444 Cedar Street, Suite 111
St. Paul, MN 55101

**WINTHROP & WEINSTINE, P.A.**

Dated: 11/01/01

By ______________________
~~Daniel C. Beck~~ Daniel W. Godfrey (License #0294299)
Attorneys for Intervenor
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

**ORDER**

The foregoing Stipulation for Protective Order is hereby adopted by the Court.

Dated: Nov. 13, 2001

BY THE COURT:

______________________
Honorable Franklin L. Noel
Judge of District Court

296157.WPD

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500