ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Great Southern Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Agricultural Building Company Industries d/b/a ABCI f/k/a Agricultural Building Company, an Illinois Corporation, and Elinor Lucas,<br><br>Defendants,<br><br>and<br><br>Amcore Bank, N.A.,<br><br>Intervenor | File No. 01-1112 JMR/FLN<br><br>**ORDER** |

The above-entitled matter came on for hearing before the undersigned on December 3, 2001, on Defendant Elinor Lucas' motion to compel discovery. Dale M. Wagner, Esq., appeared on behalf of Defendant Elinor Lucas, and Charles E. Keenan, Esq., appeared on behalf of the Plaintiff Agricultural Building Company Industries.

Based on the memoranda of law, affidavits, exhibits, and all of the files, records and proceedings herein;

**IT IS HEREBY ORDERED:**

1. That Elinor Lucas' motion to compel Agricultural Building Company Industries to produce all remaining documents responsive to the Request for Production of Documents by providing copies of such documents to her counsel in Minneapolis is hereby granted. Such documents will be produced within seven days of the date of this Order.

DEC 3 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD.
DEPUTY CLERK

2. That Elinor Lucas is awarded $ 600 as her fees and costs reasonably incurred in bringing this motion.

Dated: 12/3/01

**BY THE COURT:**

By [signature]
Magistrate Judge Franklin Noel
Judge of U.S. District Court

303333.WPD

## Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500