ORIGINAL

UNITED STATES DISTRICT COURT
OF MINNESOTA

| | | |
|---|---|---|
| Great Southern Life Insurance Company<br><br>Plaintiff,<br><br>vs.<br><br>Agricultural Building Company Industries and Elinor Lucas,<br><br>Defendant,<br><br>AMCORE Bank, N.A.,<br><br>Intervenor. | ) | No.: 01-1112 JMR/FLN<br><br>STIPULATION FOR DISMISSAL OF COUNT IV OF INTERVENOR AMCORE BANK, N.A.'S ANSWER |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Great Southern Life Insurance Company, Defendant Agricultural Building Company Industries, Defendant Elinor Lucas and Intervenor AMCORE Bank, N.A., acting through their respective undersigned counsel, that Count IV of Intervenor AMCORE Bank, N.A.'s Answer shall be dismissed with prejudice on the merits and without further notice to the parties.

FILED
RICHARD D. SLETTEN, CLERK JAN 15 2002
JUDGEMENT ENTERED JAN 15
DEPUTY CLERK'S INITIALS ______

Dated: December 26th, 2001.

CRISTOFFEL & ELLIOTT

By ____________________
Charles Keenan, #27737X
1111 Piper Jaffray Plaza
444 Cedar Street
Suite 111
St. Paul, Minnesota 55101
Attorney for Defendant
Agricultural Building Company Industries

Dated: December 20, 2001.

BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.

By ____________________
Dale M. Wagner, #113554
3550 Multifoods Tower
333 South Sixth Street
Minneapolis, MN 55402-3787
Attorney for ELINOR LUCAS

Dated: ~~December~~ January 7, 200~~1~~2.

DORSEY & WHITNEY, LLP

By ____________________
Kristin S. Westgard, # 271354
200 South Sixth Street
Minneapolis, MN 55402-1493
Attorney for Great Southern Life
Insurance Company

Dated: December 20, 2001.

WINTHROP & WEINSTINE, P.A.

By ____________________
Daniel C. Beck, #192053
Daniel W. Godfrey, #0294299
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, Minnesota 55101
(651) 290-8400
Attorney for Intervenor
AMCORE Bank, N.A.

**ORDER FOR JUDGMENT**

Based upon the foregoing Stipulation, which the Court hereby approves and adopts, Count IV of Intervenor AMCORE Bank, N.A.'s Answer is hereby dismissed with prejudice and on the merits.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 11, 2002

BY THE COURT:

Honorable James M. Rosenbaum
Judge of District Court

idmsmpl:480958_1