ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Great Southern Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Agricultural Building Company Industries and Elinor Lucas,<br><br>Defendants,<br><br>and<br><br>Amcore Bank, N.A., f/k/a Amcore Bank, N.A., North Centra, f/k/a the National Bank of Mendota,<br><br>Intervenor. | File No. 01-1112 JMR/FLN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF AGRICULTURAL BUILDING COMPANY INDUSTRIES' ANSWER AND CLAIM TO LIFE INSURANCE PROCEEDS** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their respective attorneys, that the Answer filed by Agricultural Building Company Industries and all of its claims to the life insurance proceeds involved herein be dismissed with prejudice on the merits and without further notice to the parties.

**DORSEY & WHITNEY, LLP**

Dated: January 7, 2002

By Kristin S. Westgard
Kristin S. Westgard (License #271354)
Attorneys for Plaintiff
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402

FILED
RICHARD D. SLETTEN, CLERK
JAN 17 2002
JUDGEMENT ENTERED JAN 17 2002
DEPUTY CLERK'S INITIALS ______

**BASSFORD, LOCKHART, TRUESDELL & BRIGGS, P.A.**

Dated: 12/12/01

By ______________________
Dale M. Wagner (License #113554)
Attorneys for Defendant Elinor Lucas
3550 Multifoods Tower
33 South Sixth Street
Minneapolis, Minnesota 55402
(612) 333-3000

**CHRISTOFFEL, & ELLIOT ~~& ALBRECHT~~**

Dated: 12-20-01

By ______________________
Charles Keenan (License #277374
Attorneys for Defendant Agricultural Building
1111 Piper Jaffrey Plaza
444 Cedar Street, Suite 111
St. Paul, MN 55101

**WINTHROP & WEINSTINE, P.A.**

Dated: 01-04-02

By ______________________
Daniel C. Beck (License #192053 )
Attorneys for Intervenor
3200 Minnesota World Trade Center
30 East Seventh Street
St. Paul, MN 55101

**ORDER FOR JUDGMENT**

Pursuant to the foregoing Stipulation of Dismissal, it is hereby ordered that Agricultural Building Company Industries' Answer and all of its claims to the insurance proceeds involved herein are hereby dismissed with prejudice.

**THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 15, 2002

BY THE COURT:

Honorable James M. Rosenbaum
Judge of District Court

305540.WPD