UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Great Southern Life Insurance Company,<br><br>Plaintiff,<br><br>v.<br><br>Agricultural Building Company Industries and Elinor Lucas,<br><br>Defendants,<br><br>and<br><br>Amcore Bank, N.A., f/k/a Amcore Bank, N.A., North Central, f/k/a the National Bank of Mendota,<br><br>Intervenor. | ) | File No. 01-1112 JMR/FLN<br><br>**ORDER** |

The above-entitled matter came before the undersigned Judge on the motion of Elinor Lucas to have the funds being held by the District Court Clerk in this interpleader action paid over to her.

Based upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the Clerk of District Court shall pay to Elinor Lucas all remaining funds held on deposit by the Clerk in this action together with any accrued interest to Elinor Lucas. The check shall be sent to Dale M. Wagner of Bassford, Lockhart, Truesdell & Briggs, P.A., Suite 3550, 33 South Sixth Street, Minneapolis, MN 55402.

Dated: June 26, 2002

BY THE COURT:

The Honorable James M. Rosenbaum
United States District Judge

312578.WPD

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS